UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                           CASE NO. 06-50223-PCY5
                                                 CHAPTER 13
WANDA S. HERRINGTON

_____ Debtor(s) _____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: FCI NATIONAL FUND II, LLC which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 396141 in the amount of 68.44 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                    /s/Leigh D. Hart or
                    /s/William J. Miller, Jr.
                    _____
                       OFFICE OF THE CHAPTER 13 TRUSTEE
                       POST OFFICE BOX 646
                       TALLAHASSEE, FL 32302
                       ldhecf@earthlink.net
                       (850) 681-2734 "Telephone"
                       (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
WANDA S. HERRINGTON            FCI NATIONAL FUND II, LLC
3801 PEANUT RD. LOT G          8180 E. KAISER BLVD
COTTONDALE,  FL  32431         ANAHEIM, CA 92808

AND

ALLISON CARDEN SACKETT, ESQ.
LEGAL SERVICES OF N. FLORIDA
121 NORTH JACKSON STREET
QUINCY, FL 32351
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                                /s/Leigh D. Hart or
                                /s/William J. Miller, Jr.
7/30/2010  1:29 pm / CR_213        OFFICE OF CHAPTER 13 TRUSTEE
```