UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                             CASE NO. 06-50223-PCY5
                                                   CHAPTER 13
WANDA S. HERRINGTON


                Debtor(s)          /

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: FCI NATIONAL FUND II, LLC which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 413994 in the amount of 246.59 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
                           OFFICE OF THE CHAPTER 13 TRUSTEE
                           POST OFFICE BOX 646
                           TALLAHASSEE, FL 32302
                           ldhecf@earthlink.net
                           (850) 681-2734 "Telephone"
                           (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

```
WANDA S. HERRINGTON            FCI NATIONAL FUND II, LLC
3801 PEANUT RD. LOT G          C/O FCI NATIONAL LEADER
COTTONDALE,  FL  32431         SERVICES
                               8180 EAST KAISER BLVD
AND                            ANAHEIM HILLS, CA 92808

ALLISON CARDEN SACKETT, ESQ.
LEGAL SERVICES OF N. FLORIDA
121 NORTH JACKSON STREET
QUINCY, FL 32351
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                               /s/Leigh D. Hart or
                               /s/William J. Miller, Jr.
5/31/2011  3:03 pm / CR_213       OFFICE OF CHAPTER 13 TRUSTEE
```