UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                    CASE NO. 06-50223-PCY5
                                          CHAPTER 13
WANDA S. HERRINGTON

           Debtor(s)
_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: FCI NATIONAL FUND II, LLC which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 418791 in the amount of $29.49 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
    OFFICE OF THE CHAPTER 13 TRUSTEE
    POST OFFICE BOX 646
    TALLAHASSEE, FL 32302
    ldhecf@earthlink.net
    (850) 681-2734 "Telephone"
    (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| WANDA S. HERRINGTON<br>3801 PEANUT RD. LOT G<br>COTTONDALE, FL 32431<br><br>AND<br><br>ALLISON CARDEN SACKETT, ESQ.<br>LEGAL SERVICES OF N. FLORIDA<br>121 NORTH JACKSON STREET<br>QUINCY, FL 32351 | FCI NATIONAL FUND II, LLC<br>C/O FCI NATIONAL LEADER SERVICES<br>8180 EAST KAISER BLVD<br>ANAHEIM HILLS, CA 92808 |

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
    OFFICE OF CHAPTER 13 TRUSTEE

8/22/2011 11:57 am / CR_213